UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cynthia and Robert Campbell,<br><br>    Plaintiffs,<br> v.<br><br>Penn Credit Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 3:16-cv-02117-WJN |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 13, 2017

                Respectfully submitted,

                PLAINTIFFS, Cynthia and Robert Campbell

                /s/ Jody B. Burton

                Jody B. Burton, Esq.
                Bar No.: 71681
                **LEMBERG LAW, L.L.C.**
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                              By /s/ Jody B. Burton_____

                                   Jody B. Burton