UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA CAMPBELL, ET AL., | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:16-CV-2117 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| PENN CREDIT CORPORATION, ET AL., | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS 26TH DAY OF JUNE, 2017**, upon consideration of Plaintiffs' motion to extend deadline to reinstate the case, (Doc. 11), and notice of voluntary dismissal, which states that Plaintiffs withdraw the complaint and voluntarily dismisses the above-captioned action with prejudice, (Doc. 12), **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' motion to extend deadline to reinstate the case, (Doc. 11), is **DISMISSED** as **MOOT**.

2. The above-captioned action is hereby **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 12).

/s/ William J. Nealon
**United States District Judge**